**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 17 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No.  CR 1:25-CR-03549 JB |
| JOSE MAGANA GARCIA, | § § | |
| Defendant. | § § | |

*Motion Hearing AOB 9/17/25*

## ORDER TO VACATE ~~REVOCATION~~ AND RESCHEDULE

This matter is before the Court on Defendant's Unopposed Motion to Vacate and Reschedule the ~~revocation~~ (*motion AOB 9/17/25*) hearing. There being good cause shown by the Defendant and there being no objection by the government, the Court finds the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the ~~revocation~~ (*motion AOB 9/17/25*) hearing in this matter currently scheduled for September 19, 2025, at 1:30 p.m. is vacated and this matter will be rescheduled on September 19, 2025, at 3:00 p.m.

Additionally, the Court finds that a rescheduling of the hearing in this matter will not impair Mr. Garcia's due process rights.

Lastly, this Court finds that this continuance is not predicated upon the congestion of the Court's docket.

_____
United States District Judge

Prepared and submitted by:
Aric G. Elsenheimer
Assistant Federal Public Defender